```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    DAVID LEE WILLIAM NEWMAN
 7

 8

 9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. 09-277 EJG
                                   )
13              Plaintiff,         ) STIPULATION AND CONTINUING
                                   ) JUDGMENT AND SENTENCING TO JUNE
14       v.                        ) 22, 2012, AT 10:00 A.M.
                                   )
15  DAVID LEE WILLIAM NEWMAN,      ) Date:  June 8, 2012
                                   ) Time:  10:00 a.m.
16              Defendant.         ) Judge: Hon. Edward J. Garcia
    _____)
17
```

IT IS HEREBY STIPULATED by the parties that the Judgment and Sentencing hearing date of June 8, 2012, at 10:00 a.m., be vacated and reset for June 22, 2012, at 10:00 a.m. Defense counsel needs more time to gather character references for Mr. Newman, and to complete a sentencing memorandum in mitigation. All parties are in agreement to continue the Judgment and Sentencing hearing for defendant.

/ / /

/ / /

STIPULATION AND [PROPOSED ORDER]        1                      09-277 EJG

```
1  Dated: May 29, 2012                    Respectfully submitted,

2                                         DANIEL BRODERICK
                                          Federal Defender
3
                                          /s/ M.Petrik
4                                         _____
                                          MICHAEL PETRIK, Jr.
5                                         Assistant Federal Defender

6
   Dated: May 29, 2012                    BENJAMIN B. WAGNER
7                                         United States Attorney

8                                         /s/ M.Petrik for Michelle A. Prince
                                          _____
9                                         MICHELLE A. PRINCE
                                          Assistant U.S. Attorney
10
```

**ORDER**

**IT IS SO ORDERED.**

DATED: May 29, 2012

                                          /s/ Edward J. Garcia
                                          _____
                                          HON. EDWARD J. GARCIA
                                          United States District Judge