1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   DAVID LEE WILLIAM NEWMAN

7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        ) No. 09-277 EJG
                                     )
13                Plaintiff,         ) STIPULATION AND ORDER CONTINUING
                                     ) JUDGMENT AND SENTENCING TO JUNE
14      v.                           ) 29, 2012, AT 10:00 A.M.
                                     )
15  DAVID LEE WILLIAM NEWMAN,        ) Date:  June 22, 2012
                                     ) Time:  10:00 a.m.
16                Defendant.         ) Judge: Hon. Edward J. Garcia
    _____)

17

18

19       IT IS HEREBY STIPULATED by the parties that the Judgment and

20  Sentencing hearing date of June 22, 2012, at 10:00 a.m., be vacated and

21  reset for June 29, 2012, at 10:00 a.m.  Defense counsel needs more time

22  to complete a sentencing memorandum in mitigation.  All parties are in

23  agreement to continue the Judgment and Sentencing hearing for

24  defendant.

    / / /

25  / / /

26

27

28  STIPULATION AND [PROPOSED ORDER]         1                    09-277 EJG

1    Dated: June 18, 2012                    Respectfully submitted,

2                                            DANIEL BRODERICK
                                             Federal Defender
3
                                             /s/ M.Petrik
4                                            _____
                                             MICHAEL PETRIK, Jr.
5                                            Assistant Federal Defender

6
     Dated: June 18, 2012                    BENJAMIN B. WAGNER
7                                            United States Attorney

8                                            /s/ M.Petrik for Michelle A. Prince
                                             _____
9                                            MICHELLE A. PRINCE
                                             Assistant U.S. Attorney
10

11

12                                        **ORDER**

13        **IT IS SO ORDERED.**

14

15
     DATED: June 18, 2012                    /s/ Edward J. Garcia
16                                           _____
                                             HON. EDWARD J. GARCIA
17                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED ORDER]        2                        09-277 EJG